No. 05–5454. BAUTISTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5455. BURNS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5457. BARRAZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5458. BEDOLLA-ALMANZA *v.* UNITED STATES; GARZA-LOPEZ *v.* UNITED STATES; and HAMILTON-REYES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5459. BELTRAN-VISCARRA *v.* UNITED STATES CHAVEZ-GALINDO *v.* UNITED STATES CONTRERAS-SOLORZANO *v.* UNITED STATES CUEVAS-GOMEZ *v.* UNITED STATES DE LA CRUZ FERNANDEZ *v.* UNITED STATES DELGADO-GALLEGOS *v.* UNITED STATES ESTRADA-ALCALA *v.* UNITED STATES HERNANDEZ-GARCIA *v.* UNITED STATES HERNANDEZ-SALDIBA *v.* UNITED STATES MADRIGAL-PINEDA *v.* UNITED STATES MARTINEZ-RAMIREZ *v.* UNITED STATES MIRANDA-ESPINOZA *v.* UNITED STATES MORALES-LUNA *v.* UNITED STATES MOYEDA-CRUZ *v.* UNITED STATES NORIEGA-CISNERO *v.* UNITED STATES OROZCO-NINFERT *v.* UNITED STATES ORTIZ-HOLGUIN *v.* UNITED STATES PEREZ-DE HOYOS *v.* UNITED STATES REDE-TORRES *v.* UNITED STATES REYES-CORTEZ *v.* UNITED STATES REYES-VALDEZ *v.* UNITED STATES RIVERA-CASTRO *v.* UNITED STATES ROCHELLE-HERNANDEZ *v.* UNITED STATES RODRIGUEZ-ZAPATA *v.* UNITED STATES ROMERO-CORRALES *v.* UNITED STATES SANCHEZ-FUENTES *v.* UNITED STATES SOTO-BELTRAN *v.* UNITED STATES ULTERA-GUEVARA *v.* UNITED STATES

and VILLA-DEL VALLE v. UNITED STATES █ C. A: 5th Cir. Certiorari denied.

No. 05–5460. SEVILLE v. MARTINEZ ET AL. C. A. 3d Cir. Certiorari denied. █

No. 05–5461. SPINA v. OUR LADY OF MERCY MEDICAL CENTER ET AL. C. A. 2d Cir. Certiorari denied. █

No. 05–5462. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. █

No. 05–5463. PUCKETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. █

No. 05–5464. WATKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5465. MOZEE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. █

No. 05–5468. CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. █

No. 05–5469. IZAGUIRRE-FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. █

No. 05–5471. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5472. LeBLANC v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied. █

No. 05–5473. LONG v. JORDAN, WARDEN, ET AL. C. A. 10th Cir.· Certiorari denied. █

No. 05–5474. GOULD v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. █

No. 05–5476. WATERS v. O'CONNOR, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY. Ct. App. Ariz. Certiorari denied. █

No. 05–5477. SADDLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.